# EXHIBIT B

# John Schnettler

| | |
|---|---|
| **From:** | noreply@opexustech.com |
| **Sent:** | Thursday, March 27, 2025 12:25 PM |
| **To:** | EDF Info Transparency Team |
| **Subject:** | [EXTERNAL] Receipt of EPA National FOIA Office FOIA Request |
| **Categories:** | Yellow Category |

Dear Erin Murphy,

Thank you for submitting your Freedom of Information Act (FOIA) request.

Your FOIA request was received by EPA's National FOIA Office. Case Number 2025-EPA-04812 has been assigned to the request you submitted.

In all future correspondence regarding this request, please reference your case number.

Regards,

EPA National FOIA Office