# EXHIBIT E

# John Schnettler

| | |
|---|---|
| **From:** | Spears, Rasheena <FOIAEXPRESS_NFO@epa.gov> |
| **Sent:** | Monday, April 7, 2025 1:54 PM |
| **To:** | EDF Info Transparency Team |
| **Subject:** | [EXTERNAL] 2025-EPA-04812-Acknowledgement Letter |
| **Categories:** | Yellow Category |

> You don't often get email from foiaexpress_nfo@epa.gov. Learn why this is important

04/07/2025

Erin Murphy
Environmental Defense Fund
555 12th St., N.W., Suite 400
Washington, DC 20004

*EMAILED TO: infotransparency@edf.org*

**RE: Acknowledgment Letter - EPA FOIA Request 2025-EPA-04812**

Dear Erin Murphy:

This letter concerns the above-referenced Freedom of Information Act (FOIA) request, received by the U.S. Environmental Protection Agency (EPA), National FOIA Office (NFO) on 03/27/2025 in which you are seeking the following:

"EDF requests the following records:

1. Records relating to EPA's action instituting a process to issue compliance exemptions under Clean Air Act section 112, including correspondence with outside entities about the development of, and institution of, this process;

2. Records of decisions by any federal or state entity to either grant or deny a compliance exemption pursuant to Clean Air Act section 112(i)(3)(B) or 112(i)(4);

3. Records of the rationale or reasoning for the decision to grant or deny the exemption;

4. All correspondence with outside entities relating to Clean Air Act section 112(i)(3)(B) or 112(i)(4) exemptions, including any requests for exemptions and any information or materials in support of a request for such an exemption;

5. All correspondence to and from the following electronic mailbox: airaction@epa.gov."

Your FOIA request was assigned for processing. If you have any questions about your request, please contact the office mentioned below and reference your EPA FOIA request number 2025-EPA-04812.

**Office of Air and Radiation FOIA Program:** You may contact OAR's Kristina Sandfoss at sandfoss.kristina@epa.gov or (202) 564-7177.

If you need any further assistance or would like to discuss any aspect of your request, you may seek assistance from EPA's FOIA Public Liaison at hq.foia@epa.gov or call (202) 566-1667. You may also seek assistance from the Office of Government Information Services (OGIS). You may contact OGIS in any of the following ways: by mail, Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email: ogis@nara.gov; telephone: (202) 741-5770 or (877) 684-6448; or fax: (202) 741-5769.

Sincerely,

National FOIA Office
U.S. Environmental Protection Agency