IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>      Defendant. | Civil Action No. 25-1281 (TJK) |

## **JOINT STATUS REPORT**

Plaintiff, Environmental Defense Fund ("EDF" or "Plaintiff"), and Defendant, the United States Environmental Protection Agency ("EPA" or "Defendant"), by and through undersigned counsel, respectfully submit this joint status report pursuant to the Court's March 12, 2026, Minute Order in this Freedom of Information Act ("FOIA") case. Plaintiff filed the complaint on April 25, 2025 (ECF No. 1), and Defendant answered on June 27, 2025 (ECF No. 6). This FOIA matter involves EDF's March 27, 2025, request for records relating to EPA's process concerning compliance exemptions under Section 112 of the Clean Air Act.

As referenced in the May 18, 2026, status report, the parties are in discussion to address Plaintiff's questions about the basis of withholding records pursuant to 5 U.S.C. §§ 552(b)(4) and (b)(5). EPA is making progress on addressing Plaintiff's questions, but needs additional time to prepare the response.

The parties propose to provide a Joint Status Report to the Court on July 16, 2026.

Dated: June 11, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO

United States Attorney

By: /s/ *Thomas W. Duffey*
    THOMAS W. DUFFEY
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 252-2510
    Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*

By: /s/ *Erin Murphy*
    ERIN MURPHY*
    ENVIRONMENTAL DEFENSE FUND
    555 12TH St. NW, Suite 400
    Washington, DC 20004
    (202) 572-3525
    emurphy@edf.org
    *Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)*

    SAMANTHA R. CARAVELLO
    KAPLAN KIRSCH LLP
    1675 Broadway, Suite 2300
    Denver, CO 80202
    (303) 825-7000
    scaravello@kaplankirsch.com

*Attorneys for Plaintiff*