IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 25-1281 (TJK) |

# **JOINT STATUS REPORT**

Plaintiff, Environmental Defense Fund ("EDF" or "Plaintiff"), and Defendant, the United States Environmental Protection Agency ("EPA" or "Defendant"), by and through undersigned counsel, respectfully submit this joint status report pursuant to the Court's March 12, 2026, Minute Order in this Freedom of Information Act ("FOIA") case. Plaintiff filed the complaint on April 25, 2025 (ECF No. 1), and Defendant answered on June 27, 2025 (ECF No. 6). This FOIA matter involves EDF's March 27, 2025, request for records (the "2025 Request") relating to EPA's process concerning compliance exemptions under Section 112 of the Clean Air Act.

As referenced in prior status reports, the parties are in discussion to address EDF's questions about the basis of withholding records pursuant to 5 U.S.C. §§ 552(b)(4) and (b)(5). On May 12, 2026, EDF sent a letter requesting information concerning EPA's redactions and response, and preparation of a *Vaughn* index. Upon receipt of this letter, EPA took a closer look at ten companies that EDF raised concerns about and reconfirmed with the program staff whether additional information may impact EPA's analysis. EPA provided an in-depth response to EDF's questions on August 14, 2026, which EDF is currently reviewing. EDF has also asked EPA questions about the completeness of the agency's search, and the parties are further discussing the

agency's search. The parties will continue their discussions and propose that by September 16, 2026, they file their next Joint Status Report with the Court.

Dated: August 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*

By: /s/ *Erin Murphy*
ERIN MURPHY*
ENVIRONMENTAL DEFENSE FUND
555 12TH St. NW, Suite 400
Washington, DC 20004
(202) 572-3525
emurphy@edf.org
**Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)*

SAMANTHA R. CARAVELLO
KAPLAN KIRSCH LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
scaravello@kaplankirsch.com

*Attorneys for Plaintiff*